**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

**Waco Division**

| | |
|---|---|
| BEL POWER SOLUTIONS INC.,<br>*Plaintiff*,<br>v.<br>MONOLITHIC POWER SYSTEMS, INC.,<br>*Defendant*. | Civil Action No. 6:21-cv-00655-ADA<br>JURY TRIAL DEMANDED |

# JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Scheduling Order (Dkt. No. 40) and the Order Governing Proceedings – Patent Cases 4.1 (Dkt. No. 47), Plaintiff Bel Power Solutions Inc. ("Bel Power") and Defendant Monolithic Power Systems, Inc. ("MPS") submit this Joint Claim Construction Statement. The claim terms identified below are found in U.S. Patent Nos. 6,936,999 (the "'999 patent"); 6,949,916 (the "'916 patent"); 7,000,125 (the "'125 patent"); 7,049,798 (the "'798 patent"); 7,080,265 (the "'265 patent"); and 7,456,617 (the "'617 patent"). (*See* MPS Opening Claim Construction Br., Exs. F–K, Dkt. Nos. 41-6–41-11.) The following tables consist of disputed claim terms and proposed constructions as well as non-disputed claim terms and agreed-upon constructions.

## I. BRIEFED, DISPUTED CLAIM TERMS AND PROPOSED CONSTRUCTIONS

| Proposed By | Claim Term | Asserted Patent(s) | Claim(s) | Bel Power's Proposed Construction | MPS's Proposed Construction |
|---|---|---|---|---|---|
| MPS / Bel Power | controller | '999<br>'916<br>'125<br>'798 | 9–17, 19, 20<br>2, 3<br>23, 26, 31<br>24, 27–31, 41 | part of a distributed power control system that activates and at least partially programs and monitors a regulator and allows the output of the POL regulator to be transmitted to an external load circuit | part of a distributed, board-level power system that activates and at least partially programs and monitors a regulator and allows the output of the POL regulator to be transmitted to an external load circuit |
| MPS / Bel Power | power supply controller | '999<br>'798 | 1, 2, 5<br>1 | part of a distributed power control system that activates and at least partially programs and monitors a regulator and allows the output of the POL regulator to be transmitted to an external load circuit | part of a distributed, board-level power system that activates and at least partially programs and monitors a regulator and allows the output of the POL regulator to be transmitted to an external load circuit |
| MPS | system controller | '125<br>'617 | 1–3, 5, 6, 11, 15<br>1, 3, 4, 11, 15, 29, 30, 32, 33, 35, 37, 45, 46, 51, 52, 54, 56 | part of a distributed power control system that activates and at least partially programs and monitors a regulator and allows the output of the POL regulator to be transmitted to an external load circuit | part of a distributed, board-level power system that activates and at least partially programs and monitors a regulator and allows the output of the POL regulator to be transmitted to an external load circuit |
| MPS / Bel Power | sequencing data | '999 | 2–6, 10, 15, 17, 18, 22, 26–32, | data specifying a delay period between some event and the | data received from a power supply controller that specifies a delay |

| Proposed By | Claim Term | Asserted Patent(s) | Claim(s) | Bel Power's Proposed Construction | MPS's Proposed Construction |
|---|---|---|---|---|---|
| | | | 34, 35 | generation or termination of an output | period between either a turn-on or turn-off command and the beginning of generating a corresponding output, potentially for multiple outputs in a particular order |
| MPS | turn-on period | '999 | 3, 5, 6, 25, 27–29 | the time to wait from an event before turning on an output | time that lapses between the turn-on command and generation of desired output |
| MPS | turn-off period | '999 | 4, 24, 30–32, 34, 35 | the time to wait from an event before turning off an output | time that lapses between the turn-off command and termination of output |
| MPS | POL storage device | '999 | 9–13, 15–17, 19, 20 | a long term or short-term storage device, including, but not limited to, registers, RAM, ROM, EPROM, EEPROM, flash memory, that stores output-timing data | a long term or short-term storage device, including, but not limited to, registers, RAM, ROM, EPROM, EEPROM, flash memory, that stores data |
| MPS / Bel Power | programming information | '125 | 1, 2, 23, 26, 30 | data used to configure the one or more POL regulators in the power system | data used by the system controller to configure one or more POL regulators in the power system |
| MPS | programming parameters | '125 | 16–19, 22 | information that is received by a power supply controller that relates to a programmable characteristic of a point-of-load regulator | control commands received by a system controller relating to programmable characteristics |

| Proposed By | Claim Term | Asserted Patent(s) | Claim(s) | Bel Power's Proposed Construction | MPS's Proposed Construction |
|---|---|---|---|---|---|
| MPS | output voltage builder | '265 | 1, 6, 10, 17 | circuit that produces the output voltage of the power converter based on data received from the control unit | Means-plus-function; subject to pre-AIA 35 U.S.C. § 112(6)<br><br>Function: adapted to use the digital voltage data to produce the output voltage<br><br>Structure: a multi-stage output voltage builder a fixed or variable voltage reference, an error amplifier, a pulse width modulation controller, a power train; or equivalents |
| MPS | control unit | '265 | 1, 4, 10, 14 | circuitry in the power converter that receives data and determines the output voltage | Means-plus-function; subject to pre-AIA 35 U.S.C. § 112(6)<br><br>Function: adapted to determine information relating to an output voltage in response to data received from at least one of said at least two interfaces<br><br>Structure: indefinite |
| MPS | programming apparatus | '265 | 10, 11, 16 | a device or circuitry used to provide programming voltage data | an apparatus (e.g., a resistor network, a plurality of fixed digital |

| Proposed By | Claim Term | Asserted Patent(s) | Claim(s) | Bel Power's Proposed Construction | MPS's Proposed Construction |
|---|---|---|---|---|---|
| | | | | | values, a processor, etc.) for programming data specifying desired output voltage |

## II. NON-BRIEFED, DISPUTED CLAIM TERMS AND PROPOSED CONSTRUCTIONS[1]

| Proposed By | Claim Term | Asserted Patent(s) | Claim(s) | Bel Power's Proposed Construction | MPS's Proposed Construction |
|---|---|---|---|---|---|
| Bel Power | fault protection data | '916 | 4 | data concerning identification of or response to faults | information regarding limits on operational parameters, such as temperature, output voltage, and output current, of a POL regulator |
| MPS / Bel Power | monitoring information | '125 | 1, 2, 6, 16, 23 | data concerning the status of the one or more POL regulators in the power system | data concerning the physical operation characteristics of a given power conversion circuit |
| MPS / Bel Power | output data | '999 | 1, 2, 21-27 | data reflecting information affecting the provision of power to | data that contains information about the power to the load |

[1] Bel Power's Additional Statement: As noted in its Responsive Brief and accompanying exhibit of undisputed claim terms, which was not disputed in MPS's Reply, Bel Power understood MPS to have waived its arguments as to these five omitted terms and to have agreed to Bel Power's proposed constructions. (Dkt. No. 40 at 1, Ex. D at 5–8.) MPS's Additional Statement: MPS never waived its argument with respect to these terms. Bel Power's assumption in its Responsive Brief was incorrect. MPS's Opening Brief indicated that additional terms were disputed. (Dkt. No. 41 at 1.) The terms were not included because of the limit on terms for construction under the OGP.

| Proposed By | Claim Term | Asserted Patent(s) | Claim(s) | Bel Power's Proposed Construction | MPS's Proposed Construction |
|---|---|---|---|---|---|
| | | | | the load | |
| Bel Power | synchronizing signal | '916 | 1 | a signal that identifies the start of a communication cycle | indefinite |
| MPS | the second instance of "the output voltage builder" | '265 | 1, 10 | said output voltage builder | indefinite |

**III. NON-DISPUTED CLAIM TERMS AND AGREED-UPON PROPOSED CONSTRUCTIONS**

| Proposed By | Claim Term | Asserted Patent(s) | Claim No(s). | Jointly Proposed Construction |
|---|---|---|---|---|
| MPS / Bel Power | point of load regulator / POL regulator | '999<br><br>'916<br><br>'125<br><br>'798 | 1, 2, 9, 10–13, 15–17, 19–35<br><br>1, 3, 4, 6, 9, 14–17, 20–22<br><br>1, 2, 7–11, 13, 15, 16, 20, 21, 23–26, 28, 30<br><br>1, 2, 16–18, 24, 31–41, 44–50 | a dc/dc switching voltage regulator designed to receive power from a voltage bus on a printed circuit board and adapted to power a portion of the devices on the board and to be placed near the one or more devices being powered as part of a distributed board-level power system |

| Proposed By | Claim Term | Asserted Patent(s) | Claim No(s). | Jointly Proposed Construction |
|---|---|---|---|---|
| | | ’617 | 1–6, 9–11, 13–17 | |
| MPS | timing parameter | ’999 | 1, 2, 9–13, 15, 16, 20–27 | a parameter used to determine when in time a change in the output provided by the regulator occurs |
| MPS | turn-on data | ’999 | 2, 3, 13, 19, 25–27 | data indicating when to generate an output |
| MPS | voltage set-point data | ’999 | 2–4, 6, 26, 29, 30, 32, 35 | data provided to a POL regulator specifying the desired output voltage level for the POL regulator |
| MPS | output voltage | ’999<br>’125<br>’265 | 2, 21–27<br>9, 12, 23, 27<br>1, 4, 6, 10, 14, 17 | the voltage generated by the output voltage builder |
| MPS | slew-rate data | ’999 | 2, 3, 11, 16, 17, 19, 20, 23, 26 | data received from a power supply controller that indicates to a POL regulator the amount of time to ramp up or down to the desired output voltage |
| MPS | turn-off data | ’999 | 2, 4, 12, 20, 24, 26, 30 | data indicating when to stop generating an output |

| Proposed By | Claim Term | Asserted Patent(s) | Claim No(s). | Jointly Proposed Construction |
|---|---|---|---|---|
| MPS | output-timing data | ’999 | 9–13, 15 | data received from a power supply controller that specifies when in time a change in the output provided by a POL regulator occurs |
| MPS | turn-off delay period | ’999 | 12, 20 | the time to wait from an event before turning off an output |
| MPS | turn-on delay period | ’999 | 13, 19 | the time to wait from an event before turning on an output |
| MPS | enable data | ’999<br><br>’798 | 14–20<br><br>8, 26 | data that allows a POL regulator to produce an output |
| MPS | communication of control and monitoring data therebetween | ’916 | 1 | sending control and monitoring data between the point-of-load regulators |
| MPS | control . . . data / control data | ’916<br><br>’265 | 1, 14<br><br>1, 10 | data specifying a desired operation by a POL regulator |
| MPS / Bel Power | monitoring data | ’916 | 1, 14 | data concerning the status of the one or more POL regulators in the power system |
| MPS / Bel Power | address set | ’916 | 1, 2, 6, 14, 17 | a set of one or more bits in a message specifying the address of one or more devices connected to a bus |
| MPS / Bel Power | command set | ’916 | 1, 2, 14 | a set of one or more bits in a message specifying a given command operation |
| MPS / | data set | ’916 | 1, 2, 9–11, 14, | a set of one or more bits in a message reflecting data that is read from or |

| Proposed By | Claim Term | Asserted Patent(s) | Claim No(s). | Jointly Proposed Construction |
|---|---|---|---|---|
| Bel Power | | | 20–22 | written to a device |
| MPS | communicate control and monitoring data with other like point-of-load regulators | ’916 | 14 | sending control and monitoring data between the point-of-load regulators |
| MPS | control information | ’125 | 1, 2, 6 | data specifying a desired operation by a POL regulator |
| MPS / Bel Power | monitoring information | ’125 | 1, 2, 6, 16, 23 | data concerning the status of the one or more POL regulators in the power system* |
| Bel Power | interface | ’125 | 1, 10 | plain and ordinary meaning |
| MPS | front-end regulator | ’125 | 4, 5 | device that provides an intermediate voltage to multiple POL regulators |
| Bel Power | performance monitoring information | ’125 | 16 | plain and ordinary meaning |
| MPS | asynchronously | ’798 | 20 | plain and ordinary meaning |
| MPS | analog voltage data | ’265 | 1, 10 | data received from the analog interface in an analog format specifying desired output voltage |
| MPS | the output voltage builder being adapted to | ’265 | 1, 10 | the output voltage builder being adapted to generate a voltage based on data specifying desired output voltage in a digital format |

| Proposed By | Claim Term | Asserted Patent(s) | Claim No(s). | Jointly Proposed Construction |
|---|---|---|---|---|
| | use the digital voltage data to produce the output voltage | | | |
| MPS | host | ’617 | 1, 32, 37, 45, 46 | a system, capable of managing power management subsystems, that is a separate component than the system controller |
| MPS | selectively | ’617 | 1 | selected from a part of available information |

Dated May 11, 2022

*/s/ Diek O. Van Nort*

Bryan Wilson (*Pro Hac Vice*)
Yue Li (*Pro Hac Vice*)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
bwilson@mofo.com
yli@mofo.com

Diek O. Van Nort (*Pro Hac Vice*)
Rachel Dolphin (*Pro Hac Vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
dvannort@mofo.com
rdolphin@mofo.com

Richard D. Milvenan
McGINNIS LOCHRIDGE LLP
1111 W. 6th Street
Bldg. B, Suite 400
Austin, TX 78703
Telephone: (512) 495-6000
Facsimile: (512) 495-6093
rmilvenan@mcginnislaw.com

*Attorneys for Defendant Monolithic Power Systems, Inc.*

Respectfully submitted,

*/s/ Matthew H. Hartzler*

Brian J. Sodikoff (*pro hac vice*)
Matthew H. Hartzler (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Suite 1600
Chicago, IL 60661
Telephone: (312) 912-5200
Facsimile: (312) 902-1061
brian.sodikoff@katten.com
matthew.hartzler@katten.com

Christopher B. Ferenc (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2900 K Street, N.W.
Suite 200
Washington, DC 20007
Telephone: (202) 625-3500
Facsimile: (202) 298-7570
christopher.ferenc@katten.com

Anthony M. Pettes (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
550 S. Tryon Street
Suite 2900
Charlotte, NC 28202
Telephone: (704) 444-2000
Facsimile: (704) 444-2050
anthony.pettes@katten.com

Melissa Richards Smith
James Travis Underwood
GILLAM AND SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934−8450
Facsimile: (903) 934−9257
melissa@gillamsmithlaw.com
travis@gillamsmithlaw.com

*Attorneys for Plaintiff Bel Power Solutions Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 11, 2022.

*/s/ Melissa R. Smith*